```
                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE MIDDLE DISTRICT OF GEORGIA
                            ATHENS DIVISION

R.B.,                              :
                                   :
        Plaintiff,                 :
                                   :
v.                                 :    CASE NO. 3:25-CV-53-CDL-AGH
                                   :
COMMISSIONER OF SOCIAL             :
SECURITY,                          :
                                   :
        Defendant.                 :
                                   :
```

### ORDER

Upon consideration of Plaintiff's unopposed motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. Sec. 2412(d), it is ORDERED that:

1. Plaintiff is awarded attorney's fees in the amount of $2,750.85.

2. If the United States Department of Treasury determines that Plaintiff does not owe a federal debt subject to offset, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel. If Treasury determines that Plaintiff owes a federal debt subject to offset, any payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

The Clerk shall enter a judgment consistent with this Order.

SO ORDERED, this 18th day of November, 2025.

```
                              S/Clay D. Land
                              Clay D. Land
                              U.S. District Judge
                              Middle District of Georgia
```