IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RACHEL BAE, | * |
| Plaintiff, | * |
| v. | Case No.  3:25-CV-53 (CDL-AGH) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed November 18, 2025, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $2750.85 .

This 18th day of November, 2025.

David W. Bunt, Clerk

s/  Katie Logsdon, Deputy Clerk